## Jordan, Appellant, *v.* Clearview Coal Co.

*Mines and mining—Release · of damages—Reservation.*

The clause in the lease in this case is identical with that contained in Atherton v. Clearview Coal Co., 267 Pa. 425.

Argued March 15, 1921. Appeal, No. 137, Jan. T., 1921, by plaintiff, from judgment of C. P. Lackawanna Co., March T., 1918, No. 178, for defendant on affidavit of defense raising question of law, in case of Patrick J. Jordan v. Clearview Coal Co. Before Moschzisker, C. J., Frazer, Walling, Simpson, Kephart, Sadler and Schaffer, JJ. Affirmed.

*Thomas P. Duffy,* for appellant.

*Cornelius Comegys,* with him *H. A. Knapp,* for appellee.

Per Curiam, April 11, 1921:

This case is ruled by our decision in Atherton v. Clearview Coal Co., 267 Pa. 425.

Judgment affirmed.

---

## Wartell, Appellant, *v.* Clearview Coal Co.

Appeal, No. 138, Jan. T., 1921.

Per Curiam, April 11, 1921:

A stipulation has been filed of record in this case agreeing that the questions here involved are the same as those in Jordan v. Clearview Coal Company, the judgment in which was affirmed to-day; what is there said controls here.

Judgment affirmed.